STATE OF NEBRASKA, APPELLEE, V. DAVID E. STAFFORD, APPELLANT.
330 N.W.2d 739

Filed February 25, 1983. No. 82-556.

Thomas M. Kenney, Douglas County Public Defender, for appellant.

Paul L. Douglas, Attorney General, and Sharon M. Lindgren, for appellee.

KRIVOSHA, C.J., BOSLAUGH, McCOWN, WHITE, HASTINGS, and CAPORALE, JJ., and WARREN, D.J.

CAPORALE, J.

This case is controlled by our opinion in *State v. Coffman,* ante p. 560, 330 N.W.2d 727 (1983). Defendant-appellant, David E. Stafford, while a prisoner at the Nebraska Penal and Correctional

Complex, was assigned on work release to the Omaha Post Care Center on September 16, 1981. On December 23, 1981, the defendant failed to return to the Omaha Post Care Center and was thereafter arrested, charged, and convicted of escape pursuant to Neb. Rev. Stat. § 28-912 (Reissue 1979).

The judgment of the trial court is correct and is affirmed.

AFFIRMED.